NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**JINXIANG CHENGDA IMPORT & EXPORT CO., LTD.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**VESSEY AND COMPANY, INC., VALLEY GARLIC, THE GARLIC COMPANY, CHRISTOPHER RANCH, LLC, AND FRESH GARLIC PRODUCERS ASSOCIATION,**
*Defendants-Appellees.*

_____

2013-1422

_____

Appeal from the United States Court of International Trade in No. 11-CV-0144, Judge Richard K. Eaton.

_____

**JUDGMENT**

_____

JOHN J. KENKEL, DeKieffer & Horgan, PLLC, of Washington, DC, argued for plaintiff-appellant. With him on the brief was J. KEVIN HORGAN.

MELISSA M. DEVINE, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With her on the brief were STUART F. DELERY, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and REGINALD T. BLADES, JR., Assistant Director. Of counsel was SCOTT DANIEL MCBRIDE, Attorney, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

MICHAEL J. COURSEY, Kelley Drye & Warren, LLP, of Washington, DC, argued for defendants-appellees Vessey and Company, Inc., et al. With him on the brief was JOHN M. HERRMANN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 10, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |